ORIGINAL

1  PATRICK H. HICKS, ESQ., NV Bar #004632
   SUSAN HEANEY HILDEN, ESQ., NV Bar #005358
2  LITTLER MENDELSON
   350 South Center Street, Suite 530
3  Reno, NV 89501
4  Telephone: 775.348.4888
   Facsimile: 775.786.0127
5
6  Attorneys for Defendant
   Harrah's Operating Company, Inc.
7

8                    UNITED STATES DISTRICT COURT
9                    FOR THE DISTRICT OF NEVADA
10

11 KRISTINA COVEY,
                                    Case No. CV-N-04-0515-LRH(RAM)
12         Plaintiff,

13 vs.                              **STIPULATION OF DISMISSAL WITH
                                    PREJUDICE**
14
   HARRAH'S ENTERTAINMENT, INC.,           **ORDER**
15 and Does 1-X, Inclusive,

16         Defendants.

17

18

19     IT IS HEREBY STIPULATED between Plaintiff Christina Covey and Defendant Harrah's,
20 by and through their designated counsel of record, that this case and each and every cause of action
21 be dismissed in its entirety against Defendant, with prejudice with each party to
22
23
24
25
26 ///
27
28 ///

bear its own costs and attorneys' fees.

Dated: March 14, 2005

LITTLER MENDELSON

By: /s/ Susan Heaney Hilden
SUSAN HEANEY HILDEN, ESQ.
Attorneys for Defendant

Dated: March 14th, 2005

LAW OFFICES OF MARK MAUSERT

By: /s/ Mark Mausert
MARK MAUSERT, ESQ.
Attorney for Plaintiff

DATED this 23rd day of March, 2005.

**IT IS SO ORDERED:**

/s/ Judge

**DISTRICT COURT JUDGE**

2.